UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

O

| | |
|---|---|
| MARIA and GUADALUPE VELAZQUEZ, individually and on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>  v.<br><br>GMAC MORTGAGE CORPORATION, GMAC MORTGAGE, LLC,<br><br>            Defendants.  | Case No. CV 08-05444 DDP (PLAx)<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS AND REQUESTING SURREPLY ON THE ISSUE OF THE TRUTH IN LENDING ACT'S STATUTE OF LIMITATIONS**<br><br>[Motion to Dismiss filed October 16, 2008] |

    Defendants GMAC Mortgage Corporation and GMAC Mortgage, LLC have filed a Motion to Dismiss Plaintiffs' Complaint. This motion is currently scheduled for hearing on Monday, December 8, 2008. For the reasons discussed below, the Court, on its own motion, continues the hearing on the Motion one week, to Monday, December 15, 2008, and requests Plaintiffs file a Sur-Reply on the limited issue of TILA's statute of limitations for a damages claim.

    Defendants have moved to dismiss Plaintiffs' claims based on the Truth in Lending Act. Defendants argue that Plaintiffs do not have a claim for rescission. In Opposition, Plaintiffs argue that

they also allege claims for damages.  In their Reply, Defendants raised for the first time the argument that TILA's one-year statute of limitations, 15 U.S.C. § 1640(e), bars any damages claims.

The Court requests that Plaintiffs submit a Sur-Reply, not to exceed four (4) pages, on the limited issue of whether § 1640(e) would bar any claim Plaintiffs have for damages related to disclosure violations of TILA.  Plaintiffs' brief should not address any additional issues.  Plaintiffs must file this Sur-Reply by 12:00 p.m. on Tuesday, December 9, 2008.

Accordingly, the Court also continues the hearing on this motion for one week.  The new hearing date will be Monday, December 15, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated: December 3, 2008

_____
DEAN D. PREGERSON
United States District Judge